# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:24-mj-238 |
| ) | |
| v. ) | UNDER SEAL |
| ) | **ORDER TO SEAL THE COMPLAINT** |
| PHILLEPE ANTONE JONES ) | |
| ) | |

UPON MOTION of the United States of America, by and through DENA J. KING, United States Attorney for the Western District of North Carolina, for an Order directing that the Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal, and this Order, be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the above-captioned case be Sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED.**

This the 2nd day of August, 2024.

_____
David C. Keesler
United States Magistrate Judge