# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:24-MJ-238-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
|     Plaintiff,      ) | **ORDER** |
| ) | |
| v.      ) | |
| ) | |
| PHILLEPE ANTONE JONES,      ) | |
| ) | |
|     Defendant.      ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Moton To Unseal" (Document No. 5) and the Government's "Motion To Dismiss" (Document No. 6) filed August 21, 2024. This matter has been assigned to the undersigned Magistrate Judge, and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will <u>grant</u> the motions.

The Government reports that Defendant is now in custody at the Mecklenburg County Jail and is facing North Carolina state charges. Based on the foregoing, the Government contends that his UFAP matter should be unsealed and dismissed. The undersigned finds good cause to grant the requested relief.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Unseal" (Document No. 5) is **GRANTED**. This matter, including the "Criminal Complaint" (Document No. 3), the "Affidavit" (Document No. 3-1), and the "Arrest Warrant" (Document No. 4), shall be **UNSEALED**.

**IT IS FURTHER ORDERED** that the Government's "Motion To Dismiss" (Document No. 6) is **GRANTED**. The "Criminal Complaint" (Document No. 3) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk is directed to certify copies of this Order to the United States Probation Office, the United States Marshal Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: August 21, 2024

David C. Keesler
United States Magistrate Judge